DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Julio Adrian Nevel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JULIO ADRIAN NEVEL,<br><br>          Defendant | ) Case No.: 2:08 CR 00357 WBS<br>)<br>) STIPULATION AND ORDER TO<br>) ADVANCE SENTENCING, TO NOT FILE<br>) OBJECTIONS TO THE PRESENTENCE<br>) REPORT AND TO SUBMIT ON THE<br>) PROPOSED PRESENTENCE REPORT<br>)<br>)<br>) |

The parties request that this matter be taken off the March 30, 2009, calendar and be advanced and rescheduled to March 9, 2009 at 8:30 a.m. for sentencing.

The parties agree with the calculations and guidelines ranges of the Proposed Presentence Report prepared by Senior United States Probation Officer George Vidales.  It is stipulated by the parties that neither party will file an objection to that report.  Further, the parties agree to submit that the Proposed Presentence Report become the final Presentence Report prepared in this matter.

Our specific request is that sentencing for defendant Nevel be advanced from March 30, 2009 to March 9, 2009, at 8:30 a.m.

STIP AND ORDER TO ADVANCE SENTENCING - 1

Respectfully submitted,

Date:   3-3-09                                        By:      /s/ Danny D. Brace, Jr.,
                                                              DANNY D. BRACE, JR.,
                                                              Attorney for
                                                              Julio Adrian Nevel


Date:   3-3-09                                        By:      /s/ Michael Beckwith
                                                              Authorized to sign for Mr. Beckwith,
                                                              on March 3, 2009
                                                              Michael Beckwith
                                                              Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Dated:** March 4, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE