UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAR -9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR S-08-0357-01 WBS |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JULIO ADRIAN NEVEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct  you to release **Julio Adrian Nevel**  Case CR S-08-0357-01  WBS  from

custody for the following reasons:

          __    Release on Personal Recognizance

          __    Bail Posted in the Sum of _____

          __     Unsecured bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond secured by Real Property

          __    Corporate Surety Bail Bond

          **X**    **(Other)  Defendant sentenced to TIME SERVED**

Issued at  Sacramento, CA  on  March 9, 2009     at  9:20 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing